**FILED**

MAY 2 3 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| ) | CASE NO. 5:22 MJ 8001 |
| v. ) | Title 16, United States Code, |
| DAVID B. HUFF, ) | Section 668(a) |
| Defendant. ) | **MAG. JUDGE HENDERSON** |

COUNT 1
(Bald and Golden Eagle Protection Act, 16 U.S.C. § 668(a))

The Acting United States Attorney charges:

On or about October 7, 2021, in the Northern District of Ohio, Eastern Division, Defendant DAVID B. HUFF did, with wanton disregard for the consequences of his act and unlawfully, take a bald eagle (Haliaeetus leucocephalus) that is, while hunting groundhogs on his farmland with a scoped rifle, Defendant, being approximately 100 feet away from a mature bald eagle shot and killed the bald eagle, and afterwards discarded the bald eagle into the nearby tree line.

In violation of Title 16, United States Code, Section 668(a).

MICHELLE M. BAEPPLER
Acting United States Attorney

By: *Chelsea Rice*

CHELSEA S. RICE, Chief
White Collar Crimes Unit